FILED: May 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2156
(2:14-cv-02597-RMG)
_____

ALEX ABOU-HUSSEIN, a/k/a Hamdy Alex Abou-Hussein

      Plaintiff - Appellant

v.

RAYMOND E. MABUS, Secretary, United States Department of the Navy; NAVAL CRIMINAL INVESTIGATIVE SERVICES, unknown agents

      Defendants - Appellees

_____

RULE 45 MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*